**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

\_\_\_\_FILED  \_\_\_\_ENTERED
\_\_\_\_LODGED  \_\_\_\_RECEIVED

$50⁰⁰ FEE PAID
*1183952
FEE NOT PAID
(SEE LETTER)

MAR 2 7 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Valtrina Gloyd, et al.
         Plaintiff(s)             *

                                   *     Case No.: L-02CV0108 _____

vs.                                *

Mark Alan Wech, et al.             *
         Defendant(s)

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, \_\_\_\_Deborah L. St. Jean\_\_\_\_, am a member in good standing of the bar of this Court. My bar number is \_\_\_\_25476\_\_\_\_. I am moving the admission of

\_\_\_\_David K. Lietz\_\_\_\_ to appear *pro hac vice* in this case as

counsel for \_\_\_\_Plaintiffs, Valtrina Gloyd, et al.\_\_\_\_.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| District of Columbia Court of Appeals | 11/05/91 |
| U.S. District Court for the District of Columbia | 04/11/94 |
| U.S. District Court/Eastern District of Michigan | 01/30/95 |
| United States Court of Appeals for the Sixth Circuit | 07/20/98 |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court \_\_0\_\_ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                          Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. ~~Either~~the undersigned movant, or Deborah L. St. Jean, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _/s/ Deborah L. St. Jean_ | _/s/ David K. Lietz_ |
| Signature | Signature |
| Deborah L. St. Jean | David K. Lietz    Prid 283727 ✓ |
| Printed Name | Printed Name     Plid 104363 |
| COALE COOLEY LIETZ MCINERNY | COALE COOLEY LIETZ MCINERNY |
| Firm | Firm |
| 818 Connecticut Avenue, N.W. Suite 857, Washington, D.C. 20006 | 818 Connecticut Avenue, N.W. Suite 857, Washington, D.C. 20006 |
| Address | Address |
| (202) 887-4770 | (202) 887-4770 |
| Telephone Number | Telephone Number |
| (202) 887-4778 | (202) 887-4778 |
| Fax Number | Fax Number |

*************************************************************************

## ORDER

☒ GRANTED        ☐ DENIED

_3/30/02_                    _B. Legg_
Date                          United States District Judge