UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR -1 2002

AT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY
BY

| | |
|---|---|
| VALTRINA GLOYD, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. L-02CV0108 |
| ) | |
| MARK ALAN WECH and BRADLEY ) | |
| CALDWELL, INC. ) | |
| ) | |
| Defendants, ) | |
| ) | |

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

APR 0 2 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY

**Report of Parties' Planning Meeting**

Pursuant to this Court's Scheduling Order entered on March 20, 2002, undersigned counsel conferred and reached decisions and proposals regarding the following matters that were identified in this Court's Order as due by April 2, 2002.

1.   **Joint request for early settlement/ADR conference.**  The parties agree to participate in an early settlement/ADR conference.

2.   **Report re: Depositions Hours.**  Undersigned counsel for the parties have conferred about the nature and extent of the issues presented for deposition discovery. Liability and the amount of damages are contested. There are several eyewitnesses to the events surrounding the collision, as well as, several police and medical emergency personal who responded to the scene and performed duties related to the crash, all of whom the parties believe are critical to depose. There are also several plaintiffs and defendant representatives, including the defendant tractor-trailer driver, that the parties believe are necessary to depose for purposes of establishing liability and damages.  Due to the seriousness of this collision, the death of

*30 hours per side approved.*

*B. Legg*
*USDJ*
*4/1/02*

Plaintiff's decedent and the contested nature of the liability and damages, undersigned counsel believe that the proper preparation of this case will require the parties to exceed the twenty (20) hours of deposition time. Undersigned counsel have examined the issues and have agreed that an additional 10 hours for Plaintiffs and Defendants would sufficiently enable the parties to prepare their respective cases. Thus, in order to adequately prepare this case, the parties respectfully request that the Court afford the Plaintiffs and Defendants an additional 10 hours each with which to take depositions for a total of 30 deposition hours available for each side.

3. **Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge.** The parties do not consent.

4. The above provisions are agreed and consented to by undersigned counsel on behalf of their respective parties.

3/28/02
Date

Respectfully submitted,

_____
Julia W. McInerny
COALE COOLEY LIETZ MCINERNY, P.C.
818 Connecticut Avenue, N.W.
Suite 857
Washington, D.C. 20006
Telephone: (202) 887-4770
Telecopier: (202) 887-4778

_____
Date

_____
Ms. Robin Silver, Esquire
**CHURCH LOKER RADCLIFFE & SILVER, P.A.**
2 North Charles Street
Suite 600
B & O Building
Baltimore, MD 21201
Telephone:   (410) 539-3900
Telecopier:   (410) 539-3987

Plaintiff's decedent and the contested nature of the liability and damages, undersigned counsel believe that the proper preparation of this case will require the parties to exceed the twenty (20) hours of deposition time. Undersigned counsel have examined the issues and have agreed that an additional 10 hours for Plaintiffs and Defendants would sufficiently enable the parties to prepare their respective cases. Thus, in order to adequately prepare this case, the parties respectfully request that the Court afford the Plaintiffs and Defendants an additional 10 hours each with which to take depositions for a total of 30 deposition hours available for each side.

3. **Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge.** The parties do not consent.

4. The above provisions are agreed and consented to by undersigned counsel on behalf of their respective parties.

3/28/02
Date

Respectfully submitted,

Julia W. McInerny
COALE COOLEY LIETZ MCINERNY, P.C.
818 Connecticut Avenue, N.W.
Suite 857
Washington, D.C. 20006
Telephone: (202) 887-4770
Telecopier: (202) 887-4778

3/28/02
Date

Ms. Robin Silver, Esquire
CHURCH LOKER RADCLIFFE & SILVER, P.A.
2 North Charles Street
Suite 600
B & O Building
Baltimore, MD 21201
Telephone:   (410) 539-3900
Telecopier:   (410) 539-3987

2