# COALE COOLEY LIETZ McINERNY

### A PROFESSIONAL CORPORATION

**818 CONNECTICUT AVENUE, N.W.**
**SUITE 857**
**WASHINGTON, D.C. 20006**

2002 APR 22  P 2:49

TELEPHONE: (202) 887-4770
FACSIMILE: (202) 887-4778

JOHN P. COALE* OF COUNSEL
DIANE E. COOLEY*^ OF COUNSEL
DAVID K. LIETZ*
JULIA W. McINERNY*‡†
DEBORAH ST. JEAN*‡

*MEMBER OF THE D.C. BAR
‡MEMBER OF THE MD. BAR
^MEMBER OF THE CT. AND MA. BARS
†MEMBER OF THE PA. BAR

_____FILED _____ENTERED
_____LODGED _____RECEIVED

APR 1 9 2002

AT _____
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

April 5, 2002

The Hon. Benson Everett Legg
United States District Judge
United States District Court for the
        District of Maryland
101 West Lombard Street
Baltimore, MD 21201

> **Re:    Valtrina Gloyd, et. al., v. Mark Alan Wech, et. al.**
>         **Civil No. L-02-108**

Dear Judge Legg:

        The parties have received an Order of Reference to United States District Magistrate
Judge James K. Bredar for purposes of settlement.  The parties have been advised that we are
scheduled to participate in settlement discussions with Judge Bredar on May 3, 2002.
Undersigned counsel for the parties have conferred regarding the upcoming settlement
conference and write to propose a brief extension of Rule 26(a)(2) expert witness deadlines.
Currently, the plaintiff is scheduled to disclose Rule 26(a)(2) expert witnesses by May 13, 2002,
defendants are scheduled to disclose Rule 26(a)(2) expert witnesses by June 12, 2002 and
plaintiff is required to disclose rebuttal witnesses on June 26, 2002.  The Discovery cut-off
Status Report Deadline is July 29, 2002, which the parties do not seek to modify.

        The plaintiff has already submitted a demand letter to defendants, which Ms. Silver has
communicated to the relevant insurance companies.  While the parties have also propounded
written discovery, the parties are actively pursuing settlement negotiations.  Thus, given the
upcoming mediation and that the parties have already commenced settlement negotiations, the
parties agree and propose to extend the deadlines in which plaintiff and defendants are required
to disclosure their respective expert witnesses pursuant to Rule 26(a)(2), without changing the
Discovery cut-off and Status Report Deadline.   The parties believe that it is in the parties'
respective best interests to try and resolve the case without engaging in costly deposition and

expert witness discovery, which may prove unnecessary if the case resolves on or before May 3, 2002. Undersigned counsel propose the following schedule, which they believe is reasonable and can be accomplished before the July 29, 2002 Discovery cut-off and Status Report Deadline.

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re: experts | June 3, 2002 |
| Defendants' Rule 26(a)(2) disclosures re: experts | July 3, 2002 |
| Plaintiff's Rule 26(a)(2) rebuttal disclosures re: experts | July 17, 2002 |

Under this proposal, the Discovery Deadline and submission of Status Report remains the same at July 29, 2002. On behalf of both parties, thank you for your consideration of this matter.

Respectfully submitted,

4/5/02
Date

Julia W. McInerny
COALE COOLEY LIETZ MCINERNY, P.C.
818 Connecticut Avenue, N.W.
Suite 857
Washington, D.C. 20006
Telephone: (202) 887-4770
Telecopier: (202) 887-4778
Counsel for Plaintiff

4/5/02
Date

Ms. Robin Silver, Esquire
CHURCH LOKER RADCLIFFE & SILVER, P.A.
2 North Charles Street
Suite 600
B & O Building
Baltimore, MD 21201
Telephone:   (410) 539-3900
Telecopier:   (410) 539-3987
Counsel for Defendants

Granted this / 9 TH day of April 2002.

Benson Everett Legg
**United States District Judge**

2

expert witness discovery, which may prove unnecessary if the case resolves on or before May 3, 2002.  Undersigned counsel propose the following schedule, which they believe is reasonable and can be accomplished before the July 29, 2002 Discovery cut-off and Status Report Deadline.

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re: experts | June 3, 2002 |
| Defendants' Rule 26(a)(2) disclosures re: experts | July 3, 2002 |
| Plaintiff's Rule 26(a)(2) rebuttal disclosures re: experts | July 17, 2002 |

Under this proposal, the Discovery Deadline and submission of Status Report remains the same at July 29, 2002.  On behalf of both parties, thank you for your consideration of this matter.

Respectfully submitted.

4/5/02
_____
Date

_____
Julia W. McInerny
COALE COOLEY LIETZ MCINERNY, P.C.
818 Connecticut Avenue, N.W.
Suite 857
Washington, D.C. 20006
Telephone:  (202) 887-4770
Telecopier:  (202) 887-4778
Counsel for Plaintiff


_____
Date

_____
Ms. Robin Silver, Esquire
CHURCH LOKER RADCLIFFE & SILVER, P.A.
2 North Charles Street
Suite 600
B & O Building
Baltimore, MD 21201
Telephone:    (410) 539-3900
Telecopier:    (410) 539-3987
Counsel for Defendants

Granted this _____ day of April 2002.


_____
Benson Everett Legg
United States District Judge

2