UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 21  P 12: 35

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 20, 2002

MEMORANDUM TO COUNSEL RE:   Valtrina Gloyd, et al. v.
Mark Alan Wech, et al.
Civil #L-02-108

Dear Counsel:

I have reviewed the Petition to Approve Settlement Distribution and supporting papers, all of which appear to be in order. Because the plaintiff, Anissa Marie Gloyd, is a minor, I would prefer holding a brief hearing to review the settlement on the record. Accordingly, a hearing has been scheduled for May 29, 2002, at 11:30 a.m. in Courtroom 3D. Ms. McInerny should be prepared to describe the settlement orally and plaintiff, Valtrina Gloyd, should state that she is satisfied with its terms, both for herself and for her daughter.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

*/s/ B. Legg*

Benson Everett Legg

c:   Court file