IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VALTRINA GLOYD, ET. AL. | * | |
| Plaintiffs, | * | |
| v. | * | Case No. L 02CV0108 |
| MARK ALAN WECH, ET UX. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER OF DISMISSAL**

It appearing to the satisfaction of the Court that the parties hereto have agreed upon a compromise settlement of all matters complained of in the First Amended Complaint and Jury Demand of Plaintiffs and that the amounts of such settlement have been distributed as set forth in the Release of Claims and have been funded as set forth in the Terms of the Structured Payments pursuant to this Court's May 29, 2002 Order Approving Settlement and Disbursement of Funds.

THEREFORE, on motion of Julia W. McInerny of the firm of Coale Cooley Lietz McInerny, attorneys for Plaintiffs, and Robin Silver of the firm of Church Loker Radcliff & Silver, P.A., 2 North Charles Street, Suite 600 - B & O Building, Baltimore, Maryland 21201, attorneys for the Defendants:

IT IS ORDERED, ADJUDGED AND DECREED, that this case be, and the same hereby is, dismissed with prejudice.

AND IT IS SO ORDERED this _19TH_ day of _June_, 2002.

_____
Benson Everett Legg
United States District Judge

MOVANTS:

_____
Julia W. McInerny
Deborah L. St. Jean
**COALE COOLEY LIETZ McINERNY**
818 Connecticut Avenue, N.W., Suite 857
Washington, D.C. 20006
Telephone:   (202) 887-4770
Facsimile:   (202) 887-4778
ATTORNEYS FOR PLAINTIFFS


_____ (signed by permission)
Robin Silver
Vincent J. Palmiotto
CHURCH LOKER
       RADCLIFFE & SILVER, P.A.
2 North Charles Street, Suite 600
Baltimore, Maryland   21201
Telephone    (410) 539-3900
Facsimile    (410) 539-3987
ATTORNEYS FOR DEFENDANTS